Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

_____ )  Case No. _____
  *Plaintiff(s)*             )  (to be filled in by the Clerk's Office)
(Write the full name of each plaintiff who is filing this complaint. )
If the names of all the plaintiffs cannot fit in the space above, )  Jury Trial: (check one)  [✓] Yes   [ ] No
please write "see attached" in the space and attach an additional )
page with the full list of names.) )
       -v-                   )
_____ )
_____ )
  *Defendant(s)*             )
(Write the full name of each defendant who is being sued. If the )
names of all the defendants cannot fit in the space above, please )
write "see attached" in the space and attach an additional page )
with the full list of names.) )

FILED IN CLERKS OFFICE
2019 APR 30 PM 2:24
U.S. DISTRICT COURT
DISTRICT OF MASS.

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name             Robbin Taylor
   Street Address   23 Folsom Street
   City and County  Boston, MA 02125 Suffolk
   State and Zip Code  MA, 02125
   Telephone Number  617-602-0472
   E-mail Address   Nibbor26@gmail.com

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: Bank of New York, Mellon
- Job or Title (if known):
- Street Address: 240 Greenwich St
- City and County: New York
- State and Zip Code: NY, 10286
- Telephone Number: 212-495-1784
- E-mail Address (if known):

Defendant No. 2
- Name: Bayview Mortgage
- Job or Title (if known): Reggie Miller - Asset Mgr.
- Street Address: 4425 Ponce De Leon Blvd
- City and County: Coral Gables
- State and Zip Code: FL, 33146
- Telephone Number: 877-244-4817
- E-mail Address (if known):

Defendant No. 3
- Name: Bank of America
- Job or Title (if known):
- Street Address: 100 North Tyron Street
- City and County: Charlotte
- State and Zip Code: NC, 28255
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: Select Portfolio
- Job or Title (if known):
- Street Address: P.O. Box 65450
- City and County: Salt Lake City
- State and Zip Code: UT 84165-0450
- Telephone Number: 1-801-293-3936
- E-mail Address (if known):

5.) Austin Allen
Drean Realty
22A Independence Ave
Quincy, MA 02169
617-309-6680

6) Jose Couto Centeio
Nathanson & Goldberg PC
2 Atlantic Ave
Boston, MA 02110
617-210-4815

7) Randall Jackson
Bayview Mortgage
4425 Ponce De Leon Blvd
Coral Gables, FL
800-457-5105

8) Jessica DaSilva
City of Boston /
Bayview Mortgage Foreclosure
Specialist
617-635-4500

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question         [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Jose Couto Cantado is a citizen of the State of *(name)* Fogo Cabo Verde

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

   and has its principal place of business in the State of *(name)* _____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* Jose Couto Cantado, is a citizen of the State of *(name)* Fogo Cabo Verde Or is a citizen of *(foreign nation)* Cabo Verde.

      b.     If the defendant is a corporation

          The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

          Or is incorporated under the laws of *(foreign nation)* _____,

          and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

    The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A loan modification, was submitted before auction, Jose Couto Centeio, involved with Bank of America fined, Bank of NY fined

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

38 years of Equity Altered documents, Straw buyer Emergency Eviction, Halt

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4/29/19

Signature of Plaintiff  *Robbin Taylor*
Printed Name of Plaintiff  Robbin Taylor

### B. For Attorneys

Date of signing: _____

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Street Address  _____
State and Zip Code  _____
Telephone Number  _____
E-mail Address  _____