```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

ROBBIN TAYLOR,                   )
                                 )
          Plaintiff,             )
                                 )
     v.                          )    C.A. No. 19-10771-WGY
                                 )
BANK OF AMERICA, et al.,         )
                                 )
          Defendants.            )

## ORDER

**July 29, 2019**

YOUNG, D.J.

For the reasons stated below, the Court dismisses this action without prejudice for failure to pay the filing fee.

On April 30, 2019, pro se plaintiff Robbin Taylor filed a civil complaint and a motion for leave to proceed in forma pauperis. In a May 15, 2019 order (ECF No. 5), the Court denied the motion for leave to proceed in forma pauperis without prejudice because it was incomplete. The Court also ordered Taylor to pay the filing fee or file a renewed motion for leave to proceed in forma pauperis within 35 days, and the Court warned her that failure to comply with the order could result in dismissal of the case.

The copy of the May 15, 2019 order sent to Taylor was returned to the Clerk as undeliverable. After making a small change to Taylor's address on the docket, on July 2, 2019, the

Court re-sent the May 15, 2019 order to Taylor at the corrected address and extended the deadline for compliance to July 23, 2019. However, that copy of the order was also returned to the Court as undeliverable, and the Court does not have any additional information concerning the plaintiff's location. Because Taylor failed to provide the Court with a current address at which service could be made, the May 15, 2019 order is deemed delivered and properly served. See Local Rule 83.5.5(h) (D. Mass.)

Accordingly, the Court orders that this action be DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee.


SO ORDERED.

/s/ William G. Young
WILLIAM G. YOUNG
UNITED STATES DISTRICT JUDGE